# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

Clifford W. Taylor,
Chief Justice

130542-43

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

INTERNATIONAL HOME FOODS, INC.,
            Plaintiff-Appellee,

v                                                    SC: 130542
                                                     COA: 253748
                                                     Ct of Claims: 02-000081-MT

DEPARTMENT OF TREASURY,
            Defendant-Appellant.
_____/


LENOX, INC.,
            Plaintiff-Appellee,

v                                                    SC: 130543
                                                     COA: 253760
                                                     Ct of Claims: 01-018141-MT

DEPARTMENT OF TREASURY,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 4, 2005 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

Clerk

l0712